"To whom it May Concern"

"Excessive Punishment"    04/16/2026

My Name is: Alex Lee Smith #81549

2-26CV-089-Z

I'm writing you this letter in concern of—
the "40 year sentence" I Just recieved for violation,
of my probation. ⟨10 year probation⟩
          Cause NO. 76970-A-CR

APR 29 2026 AM 10:21
FILED - USDC - NDTX - AM

          Attorney Jeffery Hill
          State Bar # 24075602

⟨my original charge was possesion of a—
control Substance 1G< 4G.⟩

I violated my probation with several theft charges,
during the time of my "probation & parole."
The theft charges under $1,500. from Wal mart.

The Lawyer I had got intouch with me over
the phone 3x but never to discuess the things
I was asking in my letters to him. Such as
Treatment, 1244 reduction, 15yr sentence,. And
during my probation Hearing, he only objected —
one of the D.A's Questions, to the witness (about finger print
And he never cross-exam no witness, which was
4 of them. Why?
Keep in mind, the reason I feel like it was a—
Excessive punishment given by the Judge,
is because I have no violent crime, or aggrawated
charge on my record. "at all".
So I don't feel like I'm a threat to society in any-
way, even though I was in my addiction
at the time (I never hurted anyone.)

1 of 2

I really feel as though the Judge was (Bias) in more ways than one during my probation Revocation. The amount of drugs that I was caught with was PG 17=16<46 "personal use". I feel like the crime doesn't meet punishment of a 40 yr sent. in any type of way.

- I was Enhanced paragraph one "1991" (35 yrs old)
- Enhanced paragraph Five "1995" (31 yrs old)

Both Burglary of Habitation,

I feel as though they have used excess of power to continuebly, oppresse me by using enhancements, over 30 years old, which is also unrelavent, to my case at hand. (They took finger print before court started)

I would please like to take the time out to thank you for your help & time in this matter

Sincerely yours,

Alex Smith

Could I please have copy of this letter.

Please return any papers not needed

2 of 2

Notes taken on 04-08-2026 During trial

ASK her ① did She Return

the Lady with merchdise and Re-scan

who paid

Peddy Hopkins

How did she not Know that she
was skip scanning with Alex

· female officer brought me back
to the store.

No Questions ask from
lawyer at all

( 4, 8, 6, 7 No finger prints )

3, 5, 9 usable print
match on exibit 10

(MARCH 25, 2025)

⟨OCT 20, 2020⟩

Filed
Submitted 2/11/2026 11:13 AM
Stephnie Menke
District Clerk Potter County, Texas
Envelope No. 111122438
Filed: 2/11/2026 11:47 AM
By: LMJ

NO. **076970-A-CR**

| THE STATE OF TEXAS | § | IN THE 47TH DISTRICT COURT |
| V. | § | IN AND FOR |
| ALEX LEE SMITH | § | POTTER COUNTY, TEXAS |

**AMENDED**
**MOTION TO PROCEED WITH ADJUDICATION OF**
**GUILT ON ORIGINAL CHARGE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, on this the 11th day of February 2026 the State by her District Attorney and would show to the Court the following:

I.

That the Defendant in this cause was charged with the felony offense of **POSSESSION OF A CONTROLLED SUBSTANCE PG 1 >=1G<4G.**

II.

That the Defendant pleaded guilty to this offense on the 20th day of June 2019.

III.

That it was the opinion of the Court that the evidence substantiated the Defendant's plea of guilty but the best interest of society and the defendant would be served by deferring further proceedings without entering an adjudication of guilt, and the Court ordered that the said Defendant be placed on Community Supervision for a period of **TEN (10)** years beginning on the 20th day of June 2019.

IV.

That the defendant failed to comply with the conditions of his/her supervision, to-wit:

a. By committing the offense of THEFT PROP <$2,500 2 MORE PREV CONV on or about December 6, 2025 in Potter County, Texas.

b. By failing to report for the months of August 2024 through February 2025 then again in September 2025 through November 2025.

These offenses occurred after the 20th day of June 2019 and during the term of supervision.

WHEREFORE, Premises considered, the State moves the Honorable Court to issue a warrant for the arrest of the defendant, call the defendant before the court, proceed with final adjudication of

So are they saying that I reported for 6 mo. from feb - sept because there is a gap stating I started back reporting

Complaint No. 076,970-IC
Name: ALEX LEE SMITH     d.o.b.: 09/05/1969
Date of Offense: November 5, 2018
CJIS Code: 35990015

Offense: POSS CS PG 1 ≥ 1G < 4G / ENH
H. & S.C. 481.115(c)
Pun. Grade: 3rd Degree Felony Enhanced
Pursuant to §12.42(d) Penal Code (25-99 years or life)

Cause No. 76970-A-CR

## INDICTMENT

In the name and by the Authority of the State of Texas:

THE GRAND JURORS for Potter County, Texas, duly organized and sworn as such at the January Term A.D., 2019, of the District Court of the 108th Judicial District, in and for Potter County, Texas, upon their oaths in that Court at that term, present that ALEX LEE SMITH on or about the 5th day of November, 2018, and before the presentment of this indictment, in Potter County, Texas, did then and there intentionally or knowingly possess a controlled substance, namely, cocaine, in an amount of one gram or more but less than four grams.

### ENHANCEMENT PARAGRAPH ONE

And the Grand Jury further presents that before the commission of the primary offense, the defendant was finally convicted of the felony offense of Burglary of a Habitation in cause number 25,580-D of the 320th District Court of Potter County, Texas on the 29th day of May, 1991.

### ENHANCEMENT PARAGRAPH TWO

And the Grand Jury further presents that before the commission of the primary offense, and after the conviction alleged in Enhancement Paragraph One was final, the defendant committed and was finally convicted of the felony offense of Burglary of a Habitation in cause number 34,799-B of the 181st District Court of Potter County, Texas on the 16th day of November, 1995.

Against the peace and dignity of the State.

_____
Foreperson of the Grand Jury

*Clerk*

ALEX LEE SMITH
CAUSE 76970-A-CR
Page 1 of 2

## REPORT OF PROBATION VIOLATION
### Cause No. 76970-A-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 47TH DISTRICT COURT |
| | § | |
| VS | § | POTTER COUNTY, TEXAS |
| | § | |
| ALEX LEE SMITH | § | OCTOBER 7, 2019 |

PROBATED SENTENCE OF 10 YEARS
FOR THE OFFENSE POSS CS PG 1 >=1G<4G

- The Defendant violated Condition **1**, requiring the defendant commit no offense against the laws of this State or any other State or of the United States;

  A. By committing the offense of <u>Failure to Identify Giving False/Ficticious Information</u> on or about <u>9/3/2019</u> in <u>Potter</u> County, Texas;

- The Defendant violated Condition **2**, requiring the defendant abstain from the use of narcotics, drugs, or any controlled substance in any form at any time during the period of supervision, unless taken under a physician's direction or prescription;

  A. By using marijuana on or about 6/29/2019
  As evidenced by, the defendant's admission to CSO Jessica Weldon.

  B. By using cocaine on or about 6/29/2019
  As evidenced by, the defendant's admission to CSO Jessica Weldon.

  C. By using cocaine on or about 7/15/19
  As evidenced by, the defendant's admission to CSO Jessica Weldon

- The Defendant violated Condition **5**, requiring the defendant report to the supervision officer as directed by the Judge or supervision officer and obey all rules and regulations of the Community Supervision and Corrections Department;

  A. By failing to report for the month of August and September, 2019;

These offenses occurred after 06/20/2019 and during the term of probation.

☒ It is recommended that a warrant be issued for the arrest of the Defendant and a Motion to Revoke be filed in the above styled case.

ALEX LEE SMITH
CAUSE 76970-A-CR
Page 2 of 2

☒ Other Recommendations- <u>RECOMMENDATION: REVOCATION</u>
<u>Alex Smith was placed on probation for 10 years for 3 felony offenses on 6/20/2019. He was charged with two felony theft offenses along with a possession of controlled substance. Mr. Smith had admitted to using illegal narcotics and was going to be sent to long-term treatment program offered through Faith City Mission. He failed to attend and did not report for two months to CSCD. Mr. Smith was then charged with a new charge of Failure to Identify in 9/2019. He has no stable residence and has yet to make any effort on financial obligations imposed by the terms of probation. Mr. Smith was seen by CSO while incarcerated in Potter County Detention Center and advised to contact CSCD upon release. He is no longer in jail and has yet to get back in touch with CSCD. Due to the continued criminal behavior and lack of effort to improve his compliance with probation requirements, the recommendation is that his probation be revoked.</u>

Respectfully submitted, Peter Kanelis

No one talked to me about any type of Treatment Center or program and I never was given a date or anything else to report to any type of program, I was never offered any type of help for my addiction. not even from my lawyer or the D.A. for that matter.

Complaint No.: 088665        Offense: THEFT PROP <$2,500 2/MORE PREV CONV
Name: ALEX LEE SMITH    D.O.B.: 9/5/1969                 P.C. § 31.03(e)(4)(D)
Date of Offense: 12/6/2025            Pun Grade: State Jail Felony Enhanced
CJIS Code: 23990196        APD 25-518578                Pun Range: 2-10

B13

---

Cause No. <u>088665</u> -A-CR

### INDICTMENT

**In the name and by the Authority of the State of Texas:**

THE GRAND JURORS for Potter County, Texas, duly organized and sworn as such at the January Term A.D., 2026, of the District Court of the 320th Judicial District, in and for Potter County, Texas, upon their oaths in that Court at that term, present that ALEX LEE SMITH, hereinafter styled Defendant, on or about the 6th day of December, 2025, and before the presentment of this indictment, in Potter County, Texas, did then and there, unlawfully appropriate, by acquiring or otherwise exercising control over, property, namely, food, of the value of less than $2,500, from the owner, Jana Royal, without the effective consent of the owner, and with intent to deprive the owner of the property.

And it is further presented to this Court, that before the commission of the offense alleged above, the defendant had previously been convicted on October 20, 2020 in the 47th District Court of Potter County, Texas, in cause number 076746-A-CR of the offense of Theft and the defendant was also convicted on December 21, 2020 in the 47th District Court of Potter County, Texas, in cause number 079599-A-CR of the offense of Theft.

### <u>Enhancements</u>

And the Grand Jury further presents that before the commission of the primary offense, the Defendant was finally convicted of the state jail felony offense of Theft Property Less than $1,500 2 or more previous convictions in cause number 070445-E of the 108th District Court of Potter County, Texas on the 15th day of <u>Januay, 2016.</u>

And the Grand Jury further presents that before the commission of the primary offense, the Defendant was finally convicted of the state jail felony offense of Theft of Property Less than $2,500 with 2 or more prior convictions in cause number 076750-A-CR of the 47th District Court of Potter County, Texas on the 20th day of <u>October, 2020,</u> Against the peace and dignity of the State.

<u>              _Foreperson signature_              </u>
Foreperson of the Grand Jury

FILED
STEPHNIE MENKE
DISTRICT CLERK
February 12, 2026   11:01 AM
POTTER COUNTY, TEXAS
BY    _Lug_          DEPUTY

certified copy Page 1 of 2

ALEX LEE SMITH
CAUSE <u>76970-A-CR</u>

## REPORT OF PROBATION VIOLATION
### Cause No. 76970-A-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 47TH DISTRICT COURT |
| | § | |
| VS | § | POTTER COUNTY, TEXAS |
| | § | |
| ALEX LEE SMITH | § | NOVEMBER 5, 2025 |

**10 YEARS DEFERRED ADJUDICATION FOR THE OFFENSE POSS CS PG 1 >=1G<4G**

The Defendant violated Condition 5, requiring the defendant report to the supervision officer as directed by the Judge or supervision officer and obey all rules and regulations of the Community Supervision and Corrections Department;

A. By failing to report for the months of August, 2024 through February, 2025 and then in September and October 2025;

These offenses occurred after 06/20/2019 and during the term of probation.

☒ It is recommended that a warrant be issued for the arrest of the Defendant and a Motion to Revoke be filed in the above styled case.

☒ Other recommendations: <u>Mr. Smith was placed on 10 years deferred adjudication on 06/20/2019 for the offense of POSS CS PG 1 >=1G<4G in cause #76970-A-CR. Also, on this date, Mr. Smith was placed on 10 years deferred adjudication for two offenses of THEFT PROP <$2,500 2/MORE PREV CONV in cause #s 76746-A-CR and 76750-A-CR. After being placed on supervision, an ROV was filed in October 2019 in all three cases for new offenses, drug use, and failing to report. At the MTP hearing in October, 2020, cause #76970-A-CR was continued on probation, while cause #s 76746-A-CR and 76750-A-CR were revoked and Mr. Smith was sentenced to 16 years TDCJ. Contact was made with Mr. Smith via phone and letter letting him know that he was still on probation and to report to the CSCD office once released from TDCJ. Mr. Smith was released from TDCJ on 08/01/2024, however, he did not report to this office. Mr. Smith has not reported to this office for the months of August 2024 through February 2025. Mr. Smith then began reporting to this office, but has subsequently failed to report for the months of September and October 2025. Mr. Smith is also currently on parole, and according to the parole office has absconded from parole as well. Due to Mr. Smith's ongoing criminal activity, the recommendation is that supervision be revoked.</u>

*I had Been reporting to the parole office during those times I had 3 different officers while reporting and still wasn't arrested for any Probation Violation I sat at the desk of Jessica while she called my Parole officer Amada myers letting her Know about the UA I Just Taken That came back negative. I had visit Jessica several times and was not arrested during that time*

Respectfully submitted,
Jessica Bedell

ALEX LEE SMITH
CAUSE 76970-A-CR

## AMENDED REPORT OF PROBATION VIOLATION
### Cause No. 76970-A-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 47TH DISTRICT COURT |
| | § | |
| VS | § | POTTER COUNTY, TEXAS |
| | § | |
| ALEX LEE SMITH | § | FEBRUARY 10, 2026 |

10 YEARS DEFERRED ADJUDICATION
FOR THE OFFENSE POSS CS PG 1 >=1G<4G

The Defendant violated Condition 1, requiring the defendant commit no offense against the laws of this State or any other State or of the United States;

A. By committing the offense of THEFT PROP <$2,500 2 MORE PREV CONV on or about December 6, 2025 in Potter County, Texas;

The Defendant violated Condition 5, requiring the defendant report to the supervision officer as directed by the Judge or supervision officer and obey all rules and regulations of the Community Supervision and Corrections Department;

A. By failing to report for the month of November 2025;

These offenses occurred after 06/20/2019 and during the term of probation.

☐ It is recommended that a warrant be issued for the arrest of the Defendant and a Motion to Revoke be filed in the above styled case.

☒ Other recommendations:  Since the original ROV was filed in November 2025, Mr. Smith was arrested on the new offense of THEFT PROP <$2,500 2 MORE PREV CONV when Mr. Smith was stopped for shoplifting. Mr. Smith has also continued to abscond from supervision. Mr. Smith is currently $190 delinquent to Potter County CSCD and $375 delinquent to Potter County Collections. Due to ongoing criminal activity, the recommendation is that supervision be revoked.

Respectfully submitted,
Jessica Bedell

When I reported to her, she stated
That she wasn't going to request any type of
Payment or fees cause she had no type of
Paper work, or a case load on me, but did
ask for a UA, which was negative
I was also reporting to her and my Parole officer while
I was working at the Amarillo National Bank (shoe shine)

Alex Smith #81549
Potter County Detention center
13100 NE 29th
Amarillo, TX 79111

formal

FIRST-CLASS



US POSTAGE >> PITNEY BOWES

$01.03°

0000804545431 APR 16 2026

ATTN: Lee Ann Reno
U.S. District Court for the
Northern District of Texas
205 SE 5th Ave
Amarillo, TX 79101