IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ALEX LEE SMITH,

    Petitioner,

v.                                 2:26-CV-089-Z-BR

POTTER COUNTY SHERIFF,

    Respondent.

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss this case under Federal Rule of Civil Procedure 41(b) for failure to prosecute. ECF No. 5. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. The FCR recommends that this case should be dismissed unless Plaintiff pays the filing fee or submits a proper IFP application before the objection deadline. ECF No. 5 at 2. The deadline has passed, and Plaintiff has done neither. It is therefore **ORDERED** that the FCR of the Magistrate Judge (ECF No. 5) is **ADOPTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

July 23, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE